AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
July 08, 2022
Nathan Ochsner, Clerk of Court

United States of America
v.
TAMMY C. POWELL (YOB: 1972) USA
a/k/a Tammy Celeste Powell Robinson
a/k/a Tammy C. Bishop
BRADY L. ROBINSON (YOB: 1972) USA

*Defendant(s)*

Case No. M-22- **01335** -M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 7, 2022___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with Intent to distribute 500 grams or more of methamphetamine a schedule II controlled substance. |

This criminal complaint is based on these facts:
Continued on the attached sheet (Attachment A) and made a part hereof.

Submitted by reliable electronic means, sworn and attested to telephonically pursuant to Fed. R. Crim. P. 4.1 and probable cause found on:

☑ Continued on the attached sheet.
Approved by AUSA Robert Guerra

/s/ Chandler Lentz
*Complainant's signature*

Chandler Lentz, SA Special Agent
*Printed name and title*

Submitted by reliable electronic means and sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on"
Date: 07/08/2022   at 2:47 p.m.

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

# **ATTACHMENT A**

1. On or about July 7, 2022, the Federal Bureau of Investigation (FBI) began an investigation into Tammy POWELL (POWELL), a/k/a Tammy C. Bishop, a/k/a Tammy C. Powell Robinson based on information that POWELL was involved in bulk cash smuggling. FBI Special Agents (SA) proceeded to the Super 8 Hotel in Hidalgo, Texas and made contact with hotel front desk clerk who was able to identify POWELL as an occupant of room 315.

2. Upon arrival on the 3rd floor, SAs noticed a strong odor consistent that of with burnt marijuana in the hallway. As SAs approached room 315, it became apparent that the odor of burnt marijuana was emitting from within room 315. Suspecting illegal activity was ongoing, agents knocked at the door and identified themselves as law enforcement.

3. A male subject, later identified as Brady ROBINSON (ROBINSON), answered the door. ROBINSON was asked to step out into the hallway, upon stepping out, smoke consistent with burning marijuana emitted into the hallway.

4. Believing that illegal activity was being conducted, Agents called out to POWELL and asked her to step into the hallway. Both POWELL and ROBINSON were questioned separately about the marijuana and asked if anyone else was in the room. POWELL indicated that she and ROBINSON were the only occupants.

5. Agents advised POWELL of the nature of the investigation and asked POWELL for consent to conduct a search of the room to which she agreed. POWELL admitted to possessing narcotics and agreed to show Agents the location where the narcotics were concealed. POWELL directed Agents to two bags located in a suitcase, which contained a substance consistent with methamphetamine, along with a handgun.

1

6. The Narcotics and firearm were seized. ROBINSON and POWELL were taken into custody and transported to the McAllen FBI Office. During a Post-Miranda Custodial Interview, POWELL admitted to possession of the substance she knew to be methamphetamine. During a Post-Miranda Custodial Interview, ROBINSON admitted to possession of the substance he knew to be methamphetamine. Both POWELL and ROBINSON indicated that they had traveled to Texas with the methamphetamine planning to cross into Mexico and deliver it to another individual.

7. The methamphetamine was weighed at the McAllen FBI office and found to be greater than 500 grams. A NIK field test was conducted on the suspected methamphetamine. The test revealed a positive reaction for the presence of methamphetamine, a schedule II controlled substance.